Plaintiff/Petitioner: Dane Eric; Gross
702 South 6th Avenue
Tucson, Arizona [85701]
Tel.: (919) 428-1493
Email: cajidirector@protonmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dane Eric; Gross

Plaintiff,

vs.

University of Arizona, (et al.);

Add'l. → Defendants!

No. CV- - -TUC-

CV-19-595-TUC-JAS

Complaint and Request for Injunction ~ "Phase 2"

1. Robert Truman Hungerford; 2. Cynthia Conti; 3. _____ Gregson; 4. University of Arizona Police Dept.; 5. MARSHALL FOUNDATION; 5. Main Gate Square */ Jane McCollum; 6. TUCSON POLICE DEPARTMENT; 7. TUCSON CITY COURT; 8. COUNTY OF PIMA (Sheriff's Department); 9. Mayor of City of Tucson; 10. WILD WEST PRODUCTIONS, */ Mark Cohen / Amanda Chase _____; 11. CVS Pharmacy; 12. Starbucks; 13. Ben's Bells; 14. Jimmy John's; 15. Chipotle; 16. Frost of Fifth; 17. No Anchovies; 18. Espresso Art Cafe; 19. Sinbad's Restaurant; 20. Cynthia Leong Garrison; 21. Stuart Roger Garrison. DOES and ROES 1 to ∞.

Fin.

PAGE NO. 1 of 2

Submitted this 23rd day of December, 2019, Anno Domini

_____
Dane Eric Gross. SISTI);

PAGE NO. ____

Civil Complaint | Dane Eric Gross University of Arizona | Case #: ___ Date Initiated: December 23, 2019 (A.)

1. Comes Now, Dane Eric Gross, who is being
2. unlawfully barred from admission to the
3. University of Arizona by Defendants, in violation
4. of 42 USC §1983, 19 USC §241,242,
5. 42 USC 2000a (the Civil Rights Act of
6. 1964), Americans with Disabilities Act of
7. 1990 (as amended & codified), the Rehab-
8. ilitation Act of 1973 (as amended and
9. codified), and other applicable law. Defendant
10. HUNTER FORD also stands accused of two
11. counts of libel and one count of defamation
12. of my character, one count of conspiracy
13. to deprivation of rights under color of
14. law (42 USC §1985), the RFRA (
15. Religious Freedoms Restoration Act, RLUIPA
16. (Religious Land Use ___ Act), RICO
17. (Racketeering-Influenced and Corrupt
18. Organizations Act, and an unknown number
19. of counts of the inchoate crime of genocide
20. in accordance with the Proxmire Act.
21. I herewith bring charges as a lead case
22. in a class-action suit for restitution,
23. estoppel, administration, and stewardship,
24. in the amount of FOURTEEN BILLION DOLLARS,
25. to be paid solely in lawful specie, coin of the realm,
26. gold and silver coin, lawfully minted in the United
27. States prior to 1861 A.D. ("numismatic old
28. currency") for set off, and accord & satisfaction.

Plaintiff (Pro Se)
Person: Dane Eric Gross