# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dane Eric Gross,<br><br>      Plaintiff,<br><br>v.<br><br>University of Arizona, et al.,<br><br>      Defendants. | **NO. CV-19-00595-TUC-JAS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 22, 2020,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

March 10, 2020

Debra D. Lucas
Acting District Court Executive/Clerk of Court

By   s/ M Espinoza
     Deputy Clerk